IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES EDWARD JONES, SR.                                                                PETITIONER
ADC #144544

v.                                            NO. 5:15CV00200 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Jones's objections to the Recommendation and has reviewed *de novo* those portions of the record relevant to Jones's objections. After careful consideration, this Court adopts the Recommendation as its own. Charles Edward Jones, Sr.'s petition for writ of habeas corpus is denied and dismissed without prejudice. Document #2.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 28th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE