**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES EDWARD JONES, SR.                                          PETITIONER
ADC #144544

v.                                          NO. 5:15CV00200 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                  RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Charles Edward Jones, Sr.'s

28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE